UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE ENGINEERING & CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 22-cv-03609-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 23, 34 |

The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation (ECF 34) to grant Plaintiffs' Motion for Default Judgment (ECF 23). The period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2) (setting 14-day period for objections); Fed. R. Civ. P. 6(d) (allowing three additional days when service is by mail).

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment against Defendants is **GRANTED**. Plaintiffs are awarded a total of $103,832.19. This sum includes $92,298.90 in damages, including liquidated damages and interest, along with $10,271 in attorney's fees and $1,262.29 in costs.

Defendant shall submit to the audit of its financial records requested in the January 18, 2022 notice letter.

The Court retains jurisdiction over this case so that once the audit is complete it may add to the Judgment any additional amounts found to be due upon presentation by Plaintiffs of proof of those amounts and appropriate briefing.

//

//

Plaintiffs shall prepare and file on the docket a proposed form of judgment within seven days from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 19, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**