United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br>Plaintiffs,<br>v.<br>EMPIRE ENGINEERING & CONSTRUCTION, INC., et al.,<br>Defendants. | Case No.: 22-cv-03609-AMO<br>**MODIFIED JUDGMENT** |

On July 13, 2026, the Court granted Plaintiffs' motion to modify judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs.

It is hereby ORDERED, ADJUDGED, AND DECREED that Defendants shall promptly pay Plaintiffs all sums owed in the amount of $107,768.76. This amount is jointly and severally owed by all Defendants. All other terms of the Court's July 21, 2023 Judgment not expressly modified herein remain in full force and effect. The Court retains jurisdiction to enforce this modified judgment.

**IT IS SO ORDERED.**

Dated: July 15, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**